IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| MATTHEW P. COUGHLIN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. CIV-15-536-R |
| MIKE ADDISON, Warden, | ) | |
| Respondent. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin entered May 19, 2015 [Doc. No. 5] wherein it is recommended that Petitioner's motion for leave to proceed *in forma pauperis* be denied and that Petitioner be ordered to pay the $5.00 filing fee. Petitioner has not objected to the Report and Recommendation nor sought an extension of time within which to do so. Therefore, the undersigned adopts the Magistrate Judge's Report and Recommendation in its entirety and directs the Petitioner to pay the $5.00 filing fee on or before July 7, 2015 or this matter will be dismissed without prejudice.

It is so ordered this 16th day of June, 2015.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE